■ WILLIAM L. TAUB, Respondent, v. HOME INSURANCE COMPANY et al., Appellants.—

Concur — Markewich, J. P., Nunez, Steuer and Tilzer, JJ.